# LAW OFFICES OF JILL R. SHELLOW

Telephone: 212.792.4911  /  Fax: 212.792.4946  /  jrs@shellowlaw.com
15 Chester Avenue, White Plains, New York 10601

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/30/2023
```

August 29, 2023

**VIA ECF ONLY**
The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMORANDUM ENDORSED**

**RE:** *United States v. Santos (Juan Mercedes)*, **22-cr-522 (GHW)**

Dear Judge Woods:

  This letter is respectfully submitted to request that I be excused from the September 6, 2023 conference of this matter. Unfortunately, I have an unchangeable prior commitment on September 6th that makes it impossible for me to attend the conference. Christine Delince, Esq., counsel for David Glover, has agreed to stand in for me at the conference. I have spoken with Joan Mercedes, and he consents to this request.

  Accordingly, to ensure that Mr. Mercedes has continuing representation, I respectfully request to be excused from the September 6th proceeding and to have Ms. Delince appear on my behalf.

Respectfully submitted,

Jill R. Shellow

cc: All counsel (by ECF)
    Joan Mercedes

Application granted. Understanding that Ms. Delince will be standing in for Ms. Shellow at the conference with her client's consent, Ms. Shellow's attendance at the September 6, 2023 conference is excused.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 204.

SO ORDERED.
Dated: August 30, 2023
New York, New York

GREGORY H. WOODS
United States District Judge

Admitted: NY, CT, DC