# LAW OFFICES OF JILL R. SHELLOW

Telephone:  212.792.4911  /  Fax:  212.792.4946  /  jrs@shellowlaw.com
15 Chester Avenue, White Plains, New York 10601

**MEMORANDUM ENDORSED**          September 6, 2023

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___9/7/2023____
```

**VIA ECF ONLY**
The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007

> **RE:**   *United States v. Santos (Juan Mercedes)*, 22-cr-522 **(GHW)**

Dear Judge Woods:

This letter is respectfully submitted to address my client's absence from court this morning and to request a conference with Your Honor no earlier than September 13, 2023 as I am out of the country.

Today, just before 10:00 am EST, Christine Delince emailed me saying that Mr. Mercedes had not arrived at the courtroom.  I called Mr. Mercedes' mother who said that Mr. Mercedes had left early for court, and I so informed Ms. Delince.  At about 10:35 a.m. Ms. Delince emailed me that the conference was over and that Mr. Mercedes did not appear. At about 11:00 a.m. Mr. Mercedes' Pretrial Services Officer, Francesca Piperato, emailed me and Ms. Delince and reported that Mr. Mercedes was in her office.  My understanding is that Mr. Mercedes arrived as the last of the people were leaving and not knowing what to do, Mr. Mercedes went to Pretrial Services.  I spoke with Officer Piperato and then talked to AUSA Ashley Nicolas.  Ms. Nicolas informed me that under the circumstances the Government would not be requesting a bench warrant.  Instead, we agreed that we would jointly ask Your Honor to schedule a conference with Mr. Mercedes to address this matter.

Accordingly, the Government joins me in requesting a conference before Your Honor no earlier than September 13, 2023.

Respectfully submitted,

*[signature]*

Jill R. Shellow

Application granted.  The Court will hold a status conference with respect to defendant Juan Mercedes on September 15, 2023 at 10:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 218.

SO ORDERED.

Dated:  September 7, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge