# LAW OFFICES OF JILL R. SHELLOW

Telephone: 212.792.4911  /  Fax: 212.792.4946  /  jrs@shellowlaw.com
15 Chester Avenue, White Plains, New York 10601

## MEMORANDUM ENDORSED

September 25, 2023

**VIA ECF AND EMAIL**

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/26/2023
```

**RE:**   *United States v. Santos (Juan Mercedes)*, **22-cr-522 (GHW)**

Dear Judge Woods:

I represent Juan Mercedes in the above-referenced case. Mr. Mercedes has an opportunity to interview for a job on Wednesday, September 27, 2023 as a maintenance worker at Gym U NYC. Mr. Mercedes is on home incarceration with location monitoring. I am writing to request a temporary modification of his bail so that he can attend the interview. Pretrial Services does not object to this request, and the officer noted that she has been focusing with him on obtaining employment and believes it is important that he be able to go to this interview. I have asked the Government for its position on this request, and as of this writing have not received a response.

Thank you for your consideration.

Respectfully submitted,

Jill R. Shellow

cc:   AUSAs Ashley Nicholas and Andrew Jones (by ECF and Email)
      Pretrial Officer Francesca Piperato (by email)
      Juan Mercedes (by email)

Application granted. The conditions of the defendant's pretrial release are modified as follows: the defendant may travel to and return from the job interview described in this letter on September 27, 2023. He must travel directly to, and return directly from, the location identified here. No deviations are permitted.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 221.

SO ORDERED.

Dated:  September 26, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge