# LAW OFFICES OF JILL R. SHELLOW PLLC

15 Chester Avenue
White Plains, NY 10601
jrs@shellowlaw.com
212.792.4911  (Telephone)
203.258.1463  (Mobile)

October 6, 2023

**MEMORANDUM ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/6/2023
```

**VIA ECF AND EMAIL**
The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007

RE:   *United States v. Santos (Juan Mercedes)*, 22-cr-522 (GHW)

Dear Judge Woods:

    I represent Juan Mercedes. Mr. Mercedes has an opportunity to interview for a job as a porter at Gristedes on Saturday, October 14, 2023. The interview is at 3PM at a store in Manhattan. Mr. Mercedes is on home incarceration with location monitoring. I am writing to request a temporary modification of his bail so that he can attend the interview with the hours away from home to be determined by Pretrial. Pretrial Services does not object to this request as the Officer has been encouraging him to find a job. I have conferred with AUSA Andrew Jones, and the Government defers to Pretrial Services.

    Thank you for your consideration.

Respectfully submitted,

Jill R. Shellow

Application granted. The conditions of the defendant's pretrial release are modified as follows: the defendant may travel to and return from the job interview described in this letter on October 14, 2023. He must travel directly to, and return directly from, the location identified here. No deviations are permitted.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 231.

SO ORDERED.

Dated: October 6, 2023

_____
GREGORY H. WOODS
United States District Judge