# LAW OFFICES OF JILL R. SHELLOW PLLC

15 Chester Avenue
White Plains, NY 10601
jrs@shellowlaw.com
212.792.4911  (Telephone)
203.258.1463  (Mobile)

November 22, 2023

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/24/2023
```

**VIA ECF AND EMAIL**

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007
WoodsNYSDChambers@nysd.uscourts.gov

**MEMORANDUM ENDORSED**

RE: *United States v. Santos (Joan Mercedes)*, 22-cr-522 (GHW)

Dear Judge Woods:

On Monday, Your Honor modified the conditions of Joan Mercedes' pretrial release.  Mr. Mercedes had been on home incarceration, and Your Honor approved revising that condition to home detention.

Today, Mr. Mercedes respectfully requests that he be permitted to attend a family Thanksgiving dinner at the home of his aunt, his mother's sister, in the Bronx, on Thursday, November 23 from 5PM to 8PM.  Mr. Mercedes would travel to his aunt's and he would return home without any detours.  Mr. Mercedes would provide Pretrial Services (PTS) with his aunt's address and contact information.  As a matter of policy, PTS opposes requests to attend social functions, but that said PTS reports that Mr. Mercedes has been compliant with the terms of his release.  The government defers to Pretrial Services.  Thank you for your consideration.

Respectfully submitted,

Jill R. Shellow

cc: AUSA Andrew Jones (by ECF and email)
    AUSA Ashley Nicholas (by ECF and email)
    Pretrial Officer Francesca Piperato (by email)
    Joan Mercedes (by email)

Admitted:  NY, CT, DC

---

Application denied.  Unfortunately, the Court received this application too late to be able to act on it before the holiday.  Counsel may wish to consider submitting such applications prior to the day immediately preceding a holiday in the future.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 256.

SO ORDERED.

Dated:  November 24, 2023

_____
GREGORY H. WOODS
United States District Judge