# LAW OFFICES OF JILL R. SHELLOW PLLC

___

15 Chester Avenue
White Plains, NY 10601
jrs@shellowlaw.com
212.792.4911  (Telephone)
203.258.1463  (Mobile)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/14/2024

May 14, 2024

**MEMORANDUM ENDORSED**

**VIA ECF AND EMAIL**

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
WoodsNYSDChambers@nysd.uscourts.gov

Application granted. The conditions of Mr. Mercedes' pretrial release are modified as follows: Mr. Mercedes may leave his home between the hours of 1:00 p.m. and 8:00 p.m. on May 21, 2024 in the company of his daughter to travel to the cemetery and his aunt's home and to return home without any intermediate stops. All other conditions of the defendant's pretrial release remain in full force and effect.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 325.

SO ORDERED.
Dated: May 14, 2024

GREGORY H. WOODS
United States District Judge

**RE:** *United States v. Joan Mercedes*, **22-cr-522 (GHW)**

Dear Judge Woods:

I represent Joan Mercedes who is currently on home detention. Mr. Mercedes' daughter is coming to New York from Boston on Tuesday, May 21, 2024 to be with her father on his birthday. Mr. Mercedes respectfully requests that he be permitted to take his daughter to the cemetery to visit her great grandmother's grave, followed by a meal they would have at his aunt's home in the Bronx. After the meal, Mr. Mercedes would return his daughter to her mother in the Bronx and without any intermediate stops return home. Altogether, Mr. Mercedes requests that he be permitted to leave his home with his daughter from 1 PM until 8PM on Tuesday, May 21, 2024.

I have conferred with PTS and the prosecutors. As a matter of policy, PTS does not approve such modifications. PTS advised me, however, that Mr. Mercedes has been compliant with the terms of his release. The prosecutors' position is that they defer to PTS.

Thank you for your consideration.

Respectfully submitted,

Jill R. Shellow

cc:   AUSA Ashley Nicolas (by ECF and email)
      Pretrial Officer Ashley Cosme (by email)
      Joan Mercedes (by email)

Admitted: NY, CT, DC