| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------ X<br>UNITED STATES OF AMERICA,        :<br>                                                           :<br>           -against-                            :<br>                                                           :<br>JOAN MERCEDES,                        :<br>                                                           :<br>                      Defendant.      :<br>------------------------------------------------------------ X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 8/6/2024<br><br><br>1:22-cr-522-GHW-14<br><br>ORDER |

GREGORY H. WOODS, United States District Judge:

     A change of plea hearing in this matter will take place on August 20, 2024 at 11:00 a.m. The hearing will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. Counsel for the United States, Mr. Mercedes and his counsel are directed to appear for the proceeding as scheduled unless otherwise ordered by the Court.

     SO ORDERED.

Dated: August 6, 2024
New York, New York

                                                               GREGORY H. WOODS
                                                          United States District Judge