```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
    UNITED STATES OF AMERICA,              :
                                           :
               -against-                   :
                                           :
    JOAN MERCEDES,                         :        1:22-cr-522-GHW-14
                                           :
                       Defendant.          :        ORDER
-----------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/2024

GREGORY H. WOODS, United States District Judge:

The change of plea hearing currently scheduled for August 20, 2024 at 11:00 a.m. is rescheduled. The hearing will take place on August 26, 2024 at 3:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007.

SO ORDERED.

Dated: August 20, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge