UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
   UNITED STATES OF AMERICA,

                -against-

   JOAN MERCEDES,

                         Defendant.
-------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/2024
```

1:22-cr-522-GHW-14

ORDER

GREGORY H. WOODS, United States District Judge:

      The change of plea hearing currently scheduled for August 26, 2024 at 3:00 p.m. is rescheduled. The hearing will take place on August 29, 2024 at 11:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007.

      SO ORDERED.

Dated: August 26, 2024
New York, New York

                                      GREGORY H. WOODS
                                     United States District Judge