UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

JOAN MERCEDES,

                Defendant.
----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/2024

1:22-cr-522-GHW-14

ORDER

GREGORY H. WOODS, United States District Judge:

On August 29, 2024, Defendant Joan Mercedes pleaded guilty to a lesser included offense within Count I of the Indictment in this case. Following argument by the parties, the Court ordered that Mr. Mercedes be immediately remanded to the custody of the United States Marshals Service.

SO ORDERED.

Dated: August 29, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge