UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
   UNITED STATES OF AMERICA,

              -against-

   JOAN MERCEDES,     1:22-cr-522-GHW-14

              Defendant.     ORDER
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/2024

GREGORY H. WOODS, United States District Judge:

    The sentencing hearing currently scheduled for December 16, 2024 at 12:00 p.m. is rescheduled. The hearing will take place on January 21, 2025 at 10:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. The defendant's sentencing submissions are due no later than January 7, 2025. The Government's sentencing submissions are due no later than January 14, 2025. The parties are directed to appear for the proceeding as scheduled unless otherwise ordered by the Court.

    The Clerk of Court is directed to terminate the motion pending at Dkt. No. 609.

    SO ORDERED.

Dated: December 2, 2024
New York, New York

                                                GREGORY H. WOODS
                                                United States District Judge